Rosiland Autry, Individually and as Administrator of the Estate of Kenneth Ross, Jr., Deceased, Appellant, v Children's Hospital of Buffalo et al., Respondents. (Appeal No. 1.) [705 NYS2d 311] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' motion for summary judgment dismissing the complaint. Defendants established their entitlement to judgment by submitting evidence that they did not negligently supervise decedent and that decedent was not sexually assaulted while in their care. In opposition to the motion, plaintiff failed to provide sufficient evidence to raise a triable issue of fact (*see generally, Eddy v Tops Friendly Mkts.,* 91 AD2d 1203, *affd* 59 NY2d 692).

The court properly deemed plaintiff's motion for renewal to be one for reargument. No appeal lies from an order denying reargument (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). In any event, plaintiff's motion to renew was properly denied. Plaintiff did not provide a reasonable explanation for her failure to submit the alleged additional facts in opposition to defendants' motion for summary judgment dismissing the complaint (*see, Tedaldi v Lerner*, 172 AD2d 603; *Lansing Research Corp. v Sybron Corp.*, 142 AD2d 816, 819; *Hugelmaier v Town of Sweden*, 101 AD2d 996, *appeal dismissed* 63 NY2d 909). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Summary Judgment.) Present—Green, J. P., Hayes, Hurlbutt and Lawton, JJ.